Before the Second Division, October 27, 1943

No. 48925.—Protests 888862–G, etc., of Eurasia Import Co. (New York)

Opinion by Tilson, J. The record showed that certain of the items consist of hats or hoods in chief value of ramie similar to those involved in Abstract 47291. The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to these items.

No. 48926.—Protest 888860–G, etc., of Eurasia Import Co. (New York).

Opinion by Tilson, J. The record showed that certain of the items consist of hats of grass, etc., the same in all material respects as those involved in Abstract 47291. The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to these items.

No. 48927.—Protest 659629–G/81010 of Alfred Israel (Chicago).

Opinion by Tilson, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protest was therefore sustained as to these items.

No. 48928.—Protest 533241–G of A. S. Stark & Bro., Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protest was therefore sustained as to these items.

No. 48929.—Protests 590511–G, etc., of H. Zimmerman & Sons, Inc., et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.